IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLIFFORD BRANDON REPOTSKI,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | **No. 15-2885** |
| v. | : | |
| | : | |
| **MICHAEL J. POUST, et al.,** | : | |
| Respondents. | : | |

## ORDER

This 3rd day of December 2015, upon careful and independent consideration of the Petition for Writ of Habeas Corpus filed by *pro se* Petitioner Clifford B. Repotski, and after review of the October 29, 2015 Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey and *pro se* Petitioner's Motion for Order detailing his objections to the Report and Recommendation, **IT IS ORDERED** as follows:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. *Pro se* Petitioner Repotski's Motion for Order (Doc. No. 13) detailing his objections to the Report and Recommendation is **DENIED** and the objections detailed therein are **OVERRULED** for the reasons stated in the Report and Recommendation;

3. The Petition for Writ of Habeas Corpus is **DISMISSED AS UNTIMELY FILED**;

4. Petitioner's Motion for Summary Judgment (Doc. No. 11), which has been construed as a brief in support of the Petition, is **DISMISSED AS MOOT**; and

5. There is no basis for the issuance of a certificate of appealability.

    /s/ Gerald Austin McHugh
United States District Court Judge